**FILED**

03/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0748

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| THAD WHITE,<br><br>      Plaintiff and Appellant,<br>v.<br><br>MONTANA BOARD OF CRIME CONTROL,<br><br>      Respondent and Appellee,<br>and<br><br>PUBLIC SAFETY OFFICER STANDARDS AND TRAINING COUNCIL,<br><br>      Intervenor. | No. DA-22-0748<br><br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

Upon consideration of Appellant's Unopposed Motion for Extension of Time to File Opening Brief and good cause appearing, IT IS HEREBY ORDERED that Appellant may have up to and including April 17, 2023 to file his Opening Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 15 2023
